AO 440 (Rev. 10/93) Summons in a Civil Act

# United States District Court

__Southern__ DISTRICT OF __Texas__
Corpus

Bill Tanecek
Linda Bechtol
V.

Givens & Clark, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**C-00-102**

TO: (Name and address of defendant)

Givens & Clark, Inc., through its president, at 2413 Lancaster Avenue, Suite A, Wilmington, Delaware 19805-7737.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**David A. Sibley**
**Attorney At Law**
**P.O. Box 9610**
**Corpus Christi, TX 78469-9610**

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**MICHAEL N. MILBY, CLERK**

CLERK

MAR 1 0 2000

DATE

_[signature]_
(BY) DEPUTY CLERK

3.

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE  3/17/00 |
| NAME OF SERVER (PRINT)  David A. Sibley | TITLE  Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail, Return Receipt Requested
P 101 273 421 (attached) (received)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/17/00
Date

Signature of Server: David Sibley

David A. Sibley
Attorney At Law
P.O. Box 9610
Corpus Christi, TX 78469-9610

United States District Court
Southern District of Texas
FILED
MAR 20 2000
MICHAEL N. MILBY, CLERK

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure