United States District Court
Southern District of Texas
Corpus Christi Division

Bill Janecek
Linda Bechtol

vs.

**Givens & Clark, Inc.**

No. 00-102
[Jury Requested]

United States District C~
Southern District of T~
FILED
APR - 3 2000
MICHAEL N. MILBY ᴄʟᴇʀᴋ

## Notice of Settlement

To the Honorable Court:

Bill Janecek ("Janecek") and Linda Bechtol ("Bechtol") respectfully give Notice of Settlement. Final settlement paperwork should be filed promptly.

**Respectfully Submitted,**

*[signature: David Sibley]*

**David A. Sibley**
**Attorney At Law**
P.O. Box 9610
Corpus Christi, Texas 78469-9610
(361) 882-2377 — Telephone
(361) 692-0142 — Telecopier
State Bar No. 18337600
Federal I.D. 10053
ATTORNEY-IN-CHARGE FOR **BILL JANECEK** AND **LINDA BECHTOL**

## CERTIFICATE OF SERVICE

On Friday, March 31, 2000, I served this as follows:

Givens & Clark, Inc.
2413 Lancaster Avenue, Suite A,
Wilmington, Delaware 19805-77337.

*[signature: David Sibley]*

David A. Sibley

1