United States District Court
Southern District of Texas
Corpus Christi Division

United States District Cou
Southern District of Texas
FILED

APR - 5 2000

MICHAEL N. MILBY  CLERK

Bill Janecek
Linda Bechtol

vs.

No. 00-102
[Jury Requested]

**Givens & Clark, Inc.**

## AGREED MOTION TO DISMISS WITH PREJUDICE

To the Honorable Court:

All parties respectfully ask the Court to dismiss this case with prejudice as settled.

**Respectfully Submitted,**

David A. Sibley
**Attorney At Law**
P.O. Box 9610
Corpus Christi, Texas 78469-9610
(361) 882-2377 — Telephone
(361) 692-0142 — Telecopier
State Bar No. 18337600
Federal I.D. 10053
ATTORNEY-IN-CHARGE FOR **BILL JANECEK** AND **LINDA BECHTOL**

## CERTIFICATE OF CONSULTATION

On Tuesday, April 4, 2000, I conferred with Lyn Walters the owner of Givens & Clark. He agreed to this motion on behalf of his business. This case has settled.

David A. Sibley

1

# CERTIFICATE OF SERVICE

On Monday, April 3, 2000, I served this as follows:

### VIA TELECOPY NO. (302) 421-9340

Lyn Walters
Givens & Clark, Inc.
2413 Lancaster Avenue, Suite A
Wilmington, Delaware 19805-77337.

David A. Sibley

2

United States District Court
Southern District of Texas
Corpus Christi Division

Bill Janecek
Linda Bechtol

vs.

No. 00-102
[Jury Requested]

**Givens & Clark, Inc.**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

This case is dismissed in whole with prejudice.

SIGNED THIS ___ DAY OF _____, 2000

_____

U.S. District Judge

1