United States District Court
Southern District of Texas
Corpus Christi Division

Bill Janecek
Linda Bechtol

vs.

Givens & Clark, Inc.

No. 00-102
[Jury Requested]

*United States District Court*
*Southern District of Texas*
*ENTERED*
*APR 10 2000*
*Michael N. Milby, Clerk of Court*

# AGREED ORDER OF DISMISSAL WITH PREJUDICE

This case is dismissed in whole with prejudice.

SIGNED THIS 7 DAY OF April, 2000

_____
U.S. District Judge

1